UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
New India Assurance Company LTD.,
        Plaintiff(s),

09 Civ. 6050 (CM) (AJP)

-against-

CALENDAR NOTICE

M/V APL Almandine, her engines,
boilers, etc., et. al.,
        Defendant(s).
-----------------------------------------------------X

Please take notice that the above captioned matter has been **scheduled for** a :

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| _X_ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, February 19, 2010 at 9:45 A.M.** in Courtroom 14C, U. S. District Court, 500 Pearl Street, New York, New York 10007 .

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: January 11 , 2010
New York, New York

So Ordered

_____
Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/10